IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01338-WYD-CBS

ADAM MARTINEZ,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 22), signed by counsel for Plaintiff and counsel for Defendant, and the Court being advised of the premises, it is hereby

ORDERED that this case is dismissed with prejudice, each party to bear his/its own attorneys' fees and costs.

Dated:  March 21, 2016.

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE